■ In the Matter of ELIJAH J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILLIP J., Appellant. (Proceeding No. 1.) In the Matter of LEAH J., a Child Alleged to be Neglected. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILLIP J., Appellant. (Proceeding No. 2.) [909 NYS2d 375]—

In related child neglect proceedings pursuant to Family Court Act article 10, the father appeals from a fact-finding order of the Family Court, Queens County (Richter, J.), dated August 3, 2009, which, after a hearing, found that he neglected the subject children.

Ordered that the order is affirmed, without costs or disbursements.

Although an isolated incident of domestic violence outside the presence of a child is insufficient to establish neglect (*see Matter of Larry O.*, 13 AD3d 633 [2004]; *Matter of Davin G.*, 11 AD3d 462 [2004]), the act of domestic violence in the instant case was neither isolated nor perpetrated outside the presence of the subject children. A pattern of domestic violence was alleged in the petition and supported by the mother's testimony at the fact-finding hearing.

The father's remaining contentions are without merit (*see Matter of Fa'Shon S.*, 40 AD3d 863 [2007]; *Matter of Tiffany L.*, 294 AD2d 365, 366 [2002]; *Matter of Raymond Anthony A.*, 192 AD2d 529, 530 [1993]). Mastro, J.P., Covello, Dickerson and Roman, JJ., concur.